**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA -  PENSACOLA DIVISION**

IN RE:
James William Howell,
    Debtor(s).

CASE NO. 10-30418-LMK
CHAPTER 7 CASE

**ORDER LIFTING THE AUTOMATIC STAY**
**IN FAVOR OF US BANK**

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay filed by US Bank National Association, its Successors and/or its Assigns ("Secured Creditor") (Docket No.44), and , and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 9700 Grand Sandestin Boulevard #4225, Miramar, Beach, Florida 32550, legally described as:

> **CONDOMINIUM UNIT 4225, BAHIA CONDOMINIUM, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 2667, PAGE 3175, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF WALTON COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing US Bank National Association, its Successors and/or its Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3).

5. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

**ORDERED** in Pensacola, Florida this 28th day of May, 2010.

**LEWIS M. KILLIAN, JR.**
**United States Bankruptcy Judge**

Copies furnished to:

Oscar A. Gomez, Esq.,
Attorney for US Bank
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
954-233-8000 Extension 1632

James William Howell, POB 645, DeFuniak Springs, FL 32435

Karin A. Garvin, Trustee, 220 W. Garden Street, Suite 805, Pensacola, FL 32502

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301

Kathe Kozlowski, Esq., Attorney for the Debtor(s)
 Kathe Kozlowski LLC, P. O. Box 1364, Defuniak Springs, FL 32435

09-43627(FRB)FM.mfr